**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 306 EAL 2020
                                                            :
         Respondent : 
                                                            :
                                                            : Petition for Allowance of Appeal
                                                            : from the Order of the Superior Court
       v. :
                                                            :
                                                            :
MATTHEW EARLY, :
                                                            :
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.